GREGORY A BROWER
United States Attorney
ERIC JOHNSON
Chief, Organized Crime Strike Force
KATHLEEN BLISS
Assistant United States Attorney
Organized Crime Strike Force
NICHOLAS D. DICKINSON
Assistant United States Attorney
Organized Crime Strike Force
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336/Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **SEALED** |
| Plaintiff, | ) 2:08-cr-___283___ |
| v. | ) CRIMINAL INDICTMENT |
| DELVIN WARD, A/K/A "D-LUV"; | ) **VIOLATIONS:** |
| ANTHONY MABRY, A/K/A "AK" AND "AKIM SLIM"; | ) 18 U.S.C. § 1962(d): Conspiracy to Engage in a Racketeer Influenced Corrupt Organization |
| MARKETTE TILLMAN, A/K/A "KETTY P"; | ) 18 U.S.C. § 1959: Violent Crime in Aid of Racketeering |
| DEMICHAEL BURKS, A/K/A "MIKEY P"; | ) |
| JACOREY TAYLOR, A/K/A "MO-B"; | ) 18 U.S.C. §§ 924(c) and (j): Use of Firearm during a Crime of Violence |
| FRED JAMES NIX, A/K/A "JUNE P"; | ) 21 U.S.C. § 846: Conspiracy to Engage in Drug Trafficking |
| SEBASTIAN WIGG, A/K/A "ROCK"; | ) |
| REGINALD DUNLAP, A/K/A "BOWLIE"; | ) 21 U.S.C. § 841(a)(1)(iii): Possession with Intent to Distribute a Controlled Substance |
| STEVEN BOOTH, A/K/A "STEVIE-P"; | ) |
| TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN A"; | ) 18 U.S.C. § 2 - Aiding and Abetting |
| Defendants. | ) |

THE SPECIAL GRAND JURY CHARGES THAT:

### COUNT ONE
RICO CONSPIRACY
THE ENTERPRISE

1.    At all times relevant to this Indictment the Defendants, **DELVIN WARD, A/K/A, "D-LUV"; ANTHONY MABRY, A/K/A "AK" AND "AKIM SLIM"; MARKETTE TILLMAN, A/K/A "KETTY P"; DEMICHAEL BURKS, A/K/A "MIKEY P";JACOREY TAYLOR, A/K/A "MO-B"; FRED JAMES NIX, A/K/A "JUNE P"; SEBASTIAN WIGG, A/K/A "ROCK"; REGINALD DUNLAP, A/K/A "BOWLIE"; STEVEN BOOTH, A/K/A "STEVIE-P"; and TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN A";** and others known and unknown to the Special Grand Jury, have been members and associates of the Playboy Bloods, a criminal organization whose members engage in acts of violence, including acts involving murder, extortion, robbery and dealing in controlled substances. Members and associates of the Playboy Bloods operate within and about the metropolitan area of Las Vegas, Nevada.

2.    The Playboy Bloods, including its leadership, members, and associates, constitutes an enterprise within the meaning of Title 18, United States Code, Section 1961(4); that is, a group of individuals associated in fact, although not a legal entity. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise. The enterprise is engaged in, and its activities affect, interstate commerce.

### GENERAL BACKGROUND AND STRUCTURE

3.    The Bloods is a nationally known criminal street organization whose members  engage in drug trafficking and acts of violence. The Playboy Bloods are a local "set" or affiliate of the Bloods, with local control and operation within the Las Vegas, Nevada, metropolitan area. Other Bloods sets within the Las Vegas metropolitan area are Pirus and

West Coast Bloods. A subset of the Playboy Bloods is Full Throttle Clique, a group made up of Playboy Bloods' members who engage in acts of violence, including murder.

4.      The Playboy Bloods operate primarily in a housing complex (Sherman Gardens Annex) at H and Doolittle, commonly called the "Jets." Playboy Bloods are involved in murder, attempt murder, robberies and drug trafficking.

5.      The Playboy Bloods' colors are red and black. The Playboy Bloods' symbol is the Playboy bunny. Members use monikers or street names to avoid detection by law enforcement. The monikers typically end in P or B (e.g. Ketty-P, Mo-B). The Playboy Bloods' structure includes O.G. (original gangster and shot caller or leader); Y.G. (young gangster or mid-level member ); and B.G. (baby gangster or new recruit). Rival street gangs of the Playboy Bloods have included GPK's, Rolling 60's, Piru Bloods, and the Donna Street Crips. As such, most violent conflicts with other gangs stem from rival gang members invasion of the Playboy Blood drug territory.

6.      The Playboy Bloods have a history of violence and conflict with the security officers assigned to patrol the Jets. These conflicts have resulted in murder, attempted murder, and assault and battery. Security Officers are subject to almost daily harassment from the Playboy Bloods members. The conflict between the Playboy Bloods and the security officers arose from the security officers attempts to curtail the drug trafficking trade in the Jets by trespassing all those who did not live in the Jets neighborhood.

7.      The main financial activity of the Playboy Bloods is the trafficking of narcotics, primarily crack cocaine. Members of the Playboy Bloods establish "drug spots" in their neighborhood where they sell crack cocaine. The drug sellers use apartments or hotel rooms that are rented in the names of other people. These renters of the drug spots are frequently "smokers" who are given crack cocaine or money for allowing the Playboy

3

1   Bloods members to deal drugs from their apartment or hotel room.  Cooperating female
2   Playboy Bloods members are often given money to pay their bills for allowing the gang
3   members to deal drugs from their residences.  Playboy Bloods members use these
4   residences in other peoples name to conceal their illegal activity.

**ROLES OF THE DEFENDANTS**

6         8.   The defendants participated in the operation and management of the
7   enterprise.

8         a.   **DELVIN WARD, A/K/A "D-LUV"** is an O.G. of the Playboy Bloods who
9   manufactures and distributes narcotics, primarily crack cocaine. As an O.G. of the
10   enterprise, **WARD** calls "shots" or otherwise approves and directs criminal conduct by other
11   Playboy Bloods members. **WARD** also engages directly and indirectly in criminal acts of the
12   enterprise, including but not limited to acts involving murder, extortion, and robbery.

13         b.   **ANTHONY MABRY, A/K/A "AK" AND "AKIM SLIM"** is an O.G. of the
14   Playboy Bloods who manufactures and distributes narcotics, primarily crack cocaine. As an
15   O.G. of the enterprise, **MABRY** calls "shots" or otherwise approves and directs criminal
16   conduct by other Playboy Bloods members. **MABRY** also engages directly and indirectly
17   in criminal acts of the enterprise, including but not limited to acts involving murder, extortion,
18   and robbery.

19

20         c.   **MARKETTE TILLMAN, A/K/A, "KETTY P"** is an O.G. of the Playboy
21   Bloods who manufactures and distributes narcotics, primarily crack cocaine. As an O.G.
22   member of the enterprise, **TILLMAN** calls "shots" or otherwise approves and directs criminal
23   conduct by other Playboy Bloods members. **TILLMAN** also engages directly and indirectly
24   in criminal acts of the enterprise, including but not limited to acts involving murder, extortion,
25   and robbery.

26

4

d. **DEMICHAEL BURKS, A/K/A "MIKEY P"** is a Y.G. of the Playboy Bloods. As a Y.G. member of the enterprise, **BURKS** aids and assists O.G. members of the enterprise, including **TILLMAN**, in manufacturing and distributing narcotics, primarily crack cocaine, which includes operating drug houses within Playboy Bloods turf.

e. **JACOREY TAYLOR, A/K/A "MO-B"** is a Y.G. of the Playboy Bloods. As a Y.G. member of the enterprise, **TAYLOR** engages in acts of violence, including acts involving murder, and he aids and assists O.G. members of the enterprise in manufacturing and distributing narcotics, including operating drug houses within the Playboy Bloods turf. **TAYLOR** is also a member of Full Throttle Clique, a group within the Playboy Bloods that commits acts of violence, including acts involving murder, for the purpose of controlling and expanding the territory of the Playboy Bloods and retaliating against the enterprise's enemies and rivals.

f. **FRED JAMES NIX, A/K/A "JUNE P"** is a Y.G. of the Playboy Bloods. As a Y.G. member of the enterprise, **NIX** engages in acts of violence, including acts involving murder, and he aids and assists O.G. members of the enterprise, including **WARD**, in manufacturing and distributing of narcotics, primarily crack cocaine, including operating drug houses within the Playboy Bloods turf.

g. **SEBASTIAN WIGG, A/K/A "ROCK"** is an O.G. of the Playboy Bloods who manufactures and distributes narcotics, primarily crack cocaine. As an O.G. of the enterprise, **WIGG** calls "shots" or otherwise approves and directs criminal conduct by other Playboy Bloods' members. **WIGG** also engages directly and indirectly in criminal acts of the enterprise, including but not limited to acts involving murder, extortion, and robbery.

h. **REGINALD DUNLAP, A/K/A "BOWLIE"** is a Y.G. of the Playboy Bloods. As a Y.G. member of the enterprise, **DUNLAP** engages in acts of violence, including acts involving murder, and he aids and assists O.G. members of the enterprise in

5

1 | manufacturing and distributing of narcotics, including operating drug houses within the
2 | Playboy Bloods turf. **DUNLAP** is also a member of Full Throttle Clique, a group within the
3 | Playboy Bloods that commits acts of violence, including acts involving murder, for the
4 | purpose of controlling and expanding the territory of the Playboy Bloods and retaliating
5 | against the enterprise's enemies and rivals.

6 |        i.       **STEVEN BOOTH, A/K/A "STEVIE-P"** is a Y.G. of the Playboy Bloods.
7 | As a Y.G. member of the enterprise, **BOOTH** engages in acts of violence, including acts
8 | involving murder, and he aids and assists O.G. members of the enterprise in manufacturing
9 | and distributing of narcotics, which includes including operating drug houses within the
10 | Playboy Bloods turf. **BOOTH** is also a member of Full Throttle Clique, a group within the
11 | Playboy Bloods that commits acts of violence, including acts involving murder, for the
12 | purpose of controlling and expanding the territory of the Playboy Bloods and retaliating
13 | against the enterprise's enemies and rivals.

14 |        j.       **TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN A"** is an
15 | associate of the Playboy Bloods who aids and assists O.G. members of the enterprise,
16 | including **WARD**, in manufacturing and distributing narcotics, including operating drug
17 | houses within Playboy Bloods turf.

18 |                         **PURPOSES OF THE ENTERPRISE**
19 |        9.       The purposes of the Playboy Bloods enterprise included the following:
20 |                A.       to enrich the members and associates of the enterprise through
21 | the trafficking of illegal drugs, primarily cocaine base, also known as crack cocaine;

22 |                B.       to preserve and protect the power, territory, and profit of the
23 | enterprise through the use of violence, intimidation, threats, robbery, and acts involving
24 | murder;

25 |        .   .   .

26 |

6

C. to create, maintain, and control a marketplace for the distribution of controlled substances;

D. to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement;

E. to prevent, thwart, and retaliate against acts of violence perpetrated by rivals against the enterprise and its members; and

F. to promote and enhance the reputation and standing of the enterprise and its members.

### MEANS AND METHODS OF THE ENTERPRISE

10. Members of the Playboy Bloods and their associates use various means and methods to conduct the affairs of the enterprise, which further their wealth and control, secure their protection and dominance, and contribute to the growth and expansion of the enterprise's criminal operations within the Las Vegas, Nevada, metropolitan area. Among the means and methods by which the defendants and their associates conduct and participate in the conduct of the affairs of the enterprise include the following:

A. Members of the enterprise and their associates have used, attempted to use, and conspired to use extortion, which affected interstate commerce.

B. Members of the enterprise and their associates have committed, attempted and threatened to commit acts of violence, including murder, robbery and extortion, to protect and to expand the enterprise's criminal operations.

C. Members of the enterprise and their associates have promoted a climate of fear through violence and threats of violence.

D. Members of the enterprise and their associates have used and threatened to use physical violence against various individuals.

. . .

7

1            E.     Members of the enterprise and their associates have trafficked

2 in crack cocaine, marijuana and guns.

3                          **THE RICO CONSPIRACY**

4            11.     Beginning in at least 1999, up through and including the date of this

5 Indictment, the defendants and others known and unknown to the Special Grand Jury, being

6 persons employed by and associated with the Playboy Bloods, an enterprise, which

7 engaged in, and the activities of which affected, interstate commerce, did knowingly and

8 intentionally conspire to violate Title 18, United States Code, Section 1962(c); that is, to

9 conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise

10 through a pattern of racketeering activity, as that term is defined by Title 18, United States

11 Code, Sections 1961(1) and (5). The pattern of racketeering activity through which the

12 defendants agreed to conduct the affairs of the enterprise consisted of multiple acts

13 involving murder, in violation of Nevada Revised Statutes, Sections 195.020 (aiding and

14 abetting), 199.480 (conspiracy), 200.030 (murder) and 193.330 (attempted murder);

15 extortion, in violation of Nevada Revised Statutes, Section 205.320; acts indictable under

16 Title 18, United States Code, Section 1951 (interference with commerce by robbery and

17 extortion); and offenses involving the felonious manufacturing, importation, receiving,

18 concealment, buying, selling and otherwise dealing in a controlled substance, in violation of

19 Title 21, United States Code, Sections 841, 846 and 856.

20            12.     It was a part of the conspiracy that the Defendants, **DELVIN WARD,**

21 **A/K/A "D-LUV"; ANTHONY MABRY, A/K/A "AK" AND "AKIM SLIM"; MARKETTE**

22 **TILLMAN, A/K/A "KETTY-P"; DEMICHAEL BURKS, A/K/A "MIKEY-P";JACOREY**

23 **TAYLOR, A/K/A "MO-B"; FRED JAMES NIX, A/K/A "JUNE-P"; SEBASTIAN WIGG, A/K/A**

24 **"ROCK"; REGINALD DUNLAP, A/K/A "BOWLIE"; STEVEN BOOTH, A/K/A "STEVIE-P";**

25 **and TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN-A";** and others known and

26

8

1   unknown to the Special Grand Jury, agreed that at least two acts of racketeering activity

2   would be committed by a member of the conspiracy in the conduct of the affairs of the

3   enterprise.

4            ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION

5   1962(d).

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

12

1
2
3
4
5

**<u>COUNT NINE</u>**
DRUG CONSPIRACY

6
7       Beginning at an unknown time in on or about 1998, up through and including

8   the date of this Indictment, the Defendants, **DELVIN WARD, A/K/A "D-LUV"; ANTHONY**

9   **MABRY, A/K/A "AK" AND "AKIM SLIM"; MARKETTE TILLMAN, A/K/A "KETTY-P";**

10  **DEMICHAEL BURKS, A/K/A "MIKEY-P";JACOREY TAYLOR, A/K/A "MO-B"; FRED**

11  **JAMES NIX, A/K/A "JUNE P"; SEBASTIAN WIGG, A/K/A "ROCK"; REGINALD DUNLAP,**

12  **A/K/A "BOWLIE"; STEVEN BOOTH, A/K/A "STEVIE-P"; TERRENCE THOMAS, A/K/A**

13  **"SEVEN" AND "SEVEN-A"**; and others known and unknown to the Special Grand Jury, did

14  knowingly and intentionally conspire to distribute 50 grams or more of a mixture and

15  substance containing a detectible amount of cocaine base, also known as "rock" and "crack

16  cocaine."

17      ALL IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 846.

18
19
20
21
22
23
24
25
26

13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**COUNT TWENTY-TWO**
POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about November 1, 2006, the defendants, **DELVIN WARD, A/K/A "D-LUV"** and **TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN-A,"** did knowingly and intentionally distribute 5 or more grams of a mixture and substance containing a detectible amount of cocaine base, a controlled substance.

17

ALL IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) & (b)(1)(B)(iii), AND TITLE 18, UNITED STATES CODE, SECTION 2.

## COUNT TWENTY-FOUR
### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about November 10, 2006, the defendant, **TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN-A,"** did knowingly and intentionally distribute 5 or more grams of a mixture and substance containing a detectible amount of cocaine base, a controlled substance.

ALL IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) & (b)(1)(B)(iii), AND TITLE 18, UNITED STATES CODE, SECTION 2.

Case 2:08-cr-00283-RCJ-RJJ    Document 310    Filed 02/04/08    Page 20 of 21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

19

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## COUNT THIRTY-TWO
POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about December 13, 2006, the defendant, **TERRENCE THOMAS, A/K/A "SEVEN" AND "SEVEN-A,"** did knowingly and intentionally distribute 5 or more grams of a mixture and substance containing a detectible amount of cocaine base, a controlled substance.

ALL IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) & (b)(1)(B)(iii), AND TITLE 18, UNITED STATES CODE, SECTION 2.

**DATED:** this the _28_ day of October 2008.

**A TRUE BILL:**

_____
/s/
FOREPERSON OF THE GRAND JURY

GREGORY A. BROWER
United States Attorney
ERIC JOHNSON
Chief, Organized Crime Strike Force

_____
KATHLEEN BLISS
Assistant United States Attorney
Organized Crime Strike Force