# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARKETTE TILLMAN, <br> Defendant. | Case No.:2:08-CR-283-RCJ-RJJ <br><br> **ORDER** |

PRESENT:

THE HONORABLE <u>Robert C. Jones</u>, UNITED STATES CHIEF DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):    <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):    <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Before the Court is a Stipulation to Continue Motion Deadlines and Trial Dates (ECF #503) filed on September 1, 2011. IT IS HEREBY ORDERED that the Stipulation to Continue Motion Deadlines is GRANTED as follows:

IT IS HEREBY ORDERED, that the parties herein shall have to and including October 12, 2011, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including October 26, 2011, by the hour of 4:00 p.m., within which to file any all responsive pleadings.

1 IT IS FURTHER ORDERED that the parties shall have to and including November 2, 2012, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that the [503] Stipulation to Continue Trial Date is scheduled for hearing in conjunction with oral argument:

[203] Motion to Quash or Modify Subpoena Duces Tecum (Steven Booth);

[206] Real Party In Interest Las Vegas Metropolitan Police Departments Motion to Quash Subpoenas;

[251] Real Party In Interest Las Vegas Metropolitan Police Departments Ex Parte, Sealed Motion to Quash Subpoena;

[430] Application for Preservation Order;

[492] Real Party In Interest Las Vegas Metropolitan Police Departments Sealed Motion to Quash Subpoena;

[504] Motion in Limine;

[505] Motion to Dismiss Counts One, Two, Four, Five and Eight for Insufficiency of Indictment;

[506] Motion to Suppress Statement;

[507] Motion in Limine; and

[508] Motion to Sever Steven Booth, Jr., set on **FRIDAY, 12/02/2011 1:00PM in LAS VEGAS COURTROOM TBD** before Chief Judge Robert C. Jones.

IT IS SO ORDERED.

DATED this 14th day of September, 2011.

_____
ROBERT C. JONES
United States Chief District Judge