John R Grele
CA Bar # 167080
149 Natoma St., third floor
San Francisco, CA  94105
Tel: (415) 348-9300
Fax: (415) 348-0364

Attorney for Defendant
MARKETTE TILLMAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　) <br>　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>MARKETTE TILLMAN, 　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　)<br>_____) | 2:08-cr-0283-RCJ-RJJ<br><br>ORDER |

　　　　This Court, having considered the matter and the arguments of counsel, and good cause shown, hereby ORDERS the Government supply Mr. Tillman with a list of evidence it intends to use at trial that may be subject to a motion to suppress no later than October 7, 2011.  The list must detail the items of evidence, date obtained and bates number in the discovery wherein it is described, or a description sufficient to permit a motion by the defense.

IT IS SO ORDERED

DATED:  10-07-2011　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Robert C. Jones
　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge

1