DANIEL G. BOGDEN
United States Attorney
KATHLEEN BLISS
NICHOLAS D. DICKINSON
Assistant United States Attorneys
KEVIN ROSENBERG
Trial Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6418 (Fax)

Attorneys for Plaintiff.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>MARKETTE TILLMAN et al., )<br>)<br>)<br>Defendants. ) | 2:08-cr-00283-RCJ-RJJ<br><br>ORDER GRANTING GOVERNMENT'S UNOPPOSED RESPONSE TO DEFENDANT TILLMAN'S REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS (DOC. 596) AND REQUEST FOR LEAVE TO FILE RESPONSES TO DEFENDANTS MOTIONS ON OR BY DECEMBER 14, 2011 |

ORDER

The Court, having considered the government's unopposed Request for Leave to File Responses to Defendant's Motions on or by December 14, 2011, and for good cause shown, hereby GRANTS the government's Request and ORDERS that the government shall file its responses to defendant's Motion for Discovery (Doc. 588), Motion to Suppress Evidence (Doc. 592) and Motion to Suppress Evidence (Doc. 593) on or by December 14, 2011.

Dated this 1st day of December, 2011.

By _____
Robert C. Jones
Chief United States District Judge