MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
Business: (702) 385-9777
Facsimile: (702) 385-3001
mace@macelaw.com
**Attorney for Defendant**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-0283-RCJ-RJJ |
| | ) | |
| Plaintiff, | ) | **MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |
| | ) | |
| vs. | ) | |
| WARD et al., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Mace J. Yampolsky, Esq. attorney for Jacorey Taylor., and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

The basis of this Motion is that Jacorey Taylor., is no longer listed as a party to this action in the Plaintiffs' most recent Amended Complaint and is therefore no longer a Defendant or party herein.

////

////

////

////

1

DATED this 11 day of October, 2011.

MACE J. YAMPOLSKY, LTD.

/s/ Mace Y.

MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, NV 89101
*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

**DATED:** DEC. 08, 2011

_____
United States Magistrate Judge