UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>         Plaintiff,                              )<br>                                                     )<br>vs.                                                )<br>                                                     )<br>                                                     )<br>MARKETTE TILLMAN,               )<br>                                                     )<br>         Defendant.                         )<br>_____) | No. 2:08-cr-0283-RCJ<br><br>ORDER TO EXTEND TIME TO FILE |

This Court, having considered the arguments of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that:

The time for Mr. Tillman's reply to the Government's response to his discovery motion, be extended to January 9, 2012.

IT IS SO ORDERED

Dated: This 10th day of January, 2012.

_____
Robert C. Jones
Presiding United States District Judge

**Order to Extend Time**
**No. CR 03-283 RCJ**                                1