___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

FEB 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00283-RCJ-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| DELVIN WARD, | |
| Defendant. | |

Defendant Delvin Ward has filed a Motion For Sentence Reduction Pursuant to U.S.C. § 3582(c)(2) Under United States Sentencing Guideline Amendment 750, and to Consider all 18 U.S.C. § 3553(A) Factors, and Post Sentencing Conduct (#550) seeking Discretionary Relief pursuant to 18 U.S.C. §3582(c)(2). Accordingly,

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than five (5) judicial days from the date of this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney and the U.S. Probation Office forthwith.

IT IS FURTHER ORDERED that the Probation Office shall prepare a Supplemental Presentence Report, which shall address whether the Defendant qualifies for an adjustment of the sentence pursuant to the amended Cocaine Base guidelines, shall provide the Court with a Progress Report from the Bureau fo Prisons, and shall advise the court of the applicable and recommended guideline range. The Supplemental Presentence Report shall be served upon the Federal Public Defender, the United States Attorney and the Court within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that within twenty-one (21) days of the entry of this Order the Federal Public Defender shall: a) file and serve any Supplement to the request for relief or b) file a Notice with the Court that the parties have agreed to a resolution unless for good cause the time is extended. If a Notice of Agreed Resolution is filed, the Stipulation of the parties shall be filed along with the written consent of the Defendant within forty (40) days of the entry of this Order unless for good cause the time is extended.

IT IS FURTHER ORDERED that if a Supplement is filed by counsel for Defendant, the United States Attorney shall serve any Response fourteen (14) days after the Supplement is filed unless for good cause the time is extended.

IT IS FURTHER ORDERED that the Federal Public Defender shall serve any Reply within five (5) days of service of the Government's Response.

IT IS FURTHER ORDERED that the parties shall serve the Office of the United States Probation with any pleadings or documents file pursuant to this Order.

IT IS SO ORDERED.

Dated: This 22nd day of February, 2012.

_____
ROBERT C. JONES
Chief District Judge