THOMAS F. PITARO, ESQ.
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**JACOREY TAYLOR**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACOREY TAYLOR,

    Defendant.

Case No. CR-08-00283-RCJ-RJJ

## MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION

**COMES NOW, THOMAS F. PITARO, ESQ.**, attorney for **JACOREY TAYLOR**, and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The basis of this Motion is that counsel for defendant has completed the representation of **JACOREY TAYLOR's** case and this case is no longer a death-penalty case and Mr. Taylor has appointed new counsel.

**DATED** this 31st day of May, 2012.

                          /S/ Thomas F. Pitaro
                          **THOMAS F. PITARO, ESQ.**
                          Nevada Bar No. 001332
                          330 South Third Street
                          Suite #860
                          Las Vegas, Nevada 89101
                          Attorney for Defendant
                          **JACOREY TAYLOR**

## ORDER

**IT IS SO ORDERED.**

**DATED** this   2D   day of   jULY  , 2012.

                          Robert J. Johnston
                          ~~UNITED STATES DISTRICT JUDGE~~
                          U.S. MAGISTRATE JUDGE