LANCE A. MANINGO
Nevada Bar No. 6405
BELLON & MANINGO
732 SOUTH 6th STREET
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
lam@bellonandmaningo.com

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, L.L.C.
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorneys for Markette Tillman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WARD et al.,<br><br>　　　　Defendant. | CASE NO: 2:08-CR-00283-RCJ-PAL-3<br><br>**PROPOSED ORDER TO REQUIRE PRODUCTION OF STATE-TRIAL TRANSCRIPTS AT THE FEDERAL GOVERNMENT'S EXPENSE** |

　　　COMES NOW, defendant, MARKETTE TILLMAN, by and through his counsel, LANCE A. MANINGO, ESQ., and JAMES A. ORONOZ, ESQ., and hereby submits to this Court a Proposed Order to Require Production of State-Trial Transcripts at the Federal Government's Expense.

　　　1.　　Pursuant to this Court's directive issued during the Status Conference held on June 19, 2013, undersigned counsel respectfully submits the attached Proposed Order Requiring the Eighth Judicial District Court of the State of Nevada to produce trial transcripts,

1

at the Federal Government's expense, for State v. Tillman, Case No. 04-C199660 held in District Court, Department V.

2. Specifically, the proposed Order requests trial transcripts from Court Recorder/Reporter Peggy Isom for the following dates: 3/29/05, 3/30/05, 4/4/05, 4/5/05, 4/6/05, 4/8/05, 4/11/05, 4/12/05, 4/13/05, 4/18/05, 4/21/05, and 4/22/05.

3. Additionally, the proposed Order requests trial transcripts from Court Recorder/Reporter Lisa Makowski for 4/1/05.

4. Additionally, the proposed Order requests trial transcripts from Court Recorder/Reporter Bill Nelson for 4/19/13.

DATED this 6th day of August, 2013.

/s/ James A. Oronoz
JAMES A. ORONOZ, Esq.
700 South 3rd Street
Las Vegas, NV 89101
*Attorney for Markette Tillman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) CASE NO: 2:08-cr-00283-RCJ-PAL-3 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| WARD et al., | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that, the Eighth Judicial District Court Of Nevada, Department V, produce jury trial transcripts from State v. Tillman, Case No. 04-C199660, at the Federal Government's Expense, for the following dates:

- 3/29/05, 3/30/05, 4/4/05, 4/5/05, 4/6/05, 4/8/05, 4/11/05, 4/12/05, 4/13/05, 4/18/05, 4/21/05, and 4/22/05, as recorded by Court Recorder/Reporter Peggy Isom;

- 4/1/05, as recorded by Court Recorder/Reporter Lisa Makowski; and

- 4/19/13 as recorded by Court Recorder/Reporter Bill Nelson.

Dated this 6th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE