# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:08-CR-00283-KJD-PAL |
| v. | **ORDER** |
| MARKETTE TILLMAN, | |
| Defendant. | |

Before the Court is the Government's and Defendant's Joint Request for A Status Conference Regarding Trial Date (#982). The trial date is currently set for July 7, 2014. As Defendant's Motion to Dismiss for speedy trial violations is still pending, and as the Court has reset the trial date beyond the May 6, 2014 extension requested by Defendant, good cause has been shown. The motion is **HEREBY GRANTED**. The hearing will take place on April 1st at 9am before Judge Dawson.

DATED this 13th day of March 2014.

_____
Kent J. Dawson
United States District Judge