<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                    Page 1 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 1 | | Map of the Sherman Garden Annex Presentation Board and 1 slide |
| | | 2 | | Picture of Quaza Burns' Headstone |
| | | 3 | | Pictures: Search Warrant at 3650 E. Lake Mead |
| | | 4 | | AA Arms Inc. Model AP9, .9mm, SN#029884; Magazine; and 11 Cartridges from 3650 E Lake Mead Search Warrant |
| | | 5 | | Taurus, Model 8762 .38 Special, SN#RK700232 and Five Cartridges from 3650 E Lake Mead Search Warrant |
| | | 6 | | Ammunition from 3650 E Lake Mead Search Warrant |
| | | 7 | | Ammunition from 3650 E Lake Mead Search Warrant |
| | | 8 | | Markette Tillman Inmate Card from 3650 E Lake Mead Search Warrant |
| | | 9 | | Markette Tillman Social Security Card Application from 3650 E Lake Mead Search Warrant |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                    Page 2 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 10 | | Envelope for Markette Tillman from Allan R Hater from 3650 E Lake Mead Search Warrant |
| | | 11 | | Sprint Samsung Model SPH-A620 Cell Phone from 3650 E Lake Mead Search Warrant |
| | | 12 | | Crack Cocaine from 3650 E Lake Mead Search Warrant |
| | | 13 | | Red Hooded sweatshirt with a "Playgirl Logo" from 3650 E Lake Mead Search Warrant |
| | | 14 | | Blue Hooded Sweatshirt from 3650 E Lake Mead Search Warrant |
| | | 15 | | Grey Hooded Sweatshirt from 3650 E Lake Mead Search Warrant |
| | | 16 | | One Pair of Grey Sweat Pants from 3650 E Lake Mead Search Warrant |
| | | 17 | | One Pair of Dickies Black Pants from 3650 E Lake Mead Search Warrant |
| | | 18 | | One Black Knit Cap from 3650 E Lake Mead Search Warrant |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                        Page 3 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 19 | | One Black Barrette from 3650 E Lake Mead Search Warrant |
| | | 20 to 20-40 | | Pictures from Rock Throwing Incident |
| | | 21 | | Glock 9mm, Serial # BYE324 Recovered at 1005 Doolittle |
| | | 22 | | Ruger P90 .45 caliber, Serial # 662-46243 Recovered at 1005 Doolittle |
| | | 23 | | Box of 45 Ammo and 3 Magazines: 1) 9mm and 10 Rounds of Ammo; 2) .45 Caliber and 8 Rounds of Ammo; and 3) an Extended Magazine Recovered at 1005 Doolittle |
| | | 24 | | Consent to Search Card for 1005 Doolittle |
| | | 25 to 25-3 | | Photos of Vernon Swinson |
| | | 26 to 26- | | Markette Tillman Tattoo Pictures |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                    Page 4 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 27 | | 9mm Ammunition (2 boxes of Winchester 9mm Found Under the Bed in West Bedroom; 1 Box Found in the Bedroom Drawer; 1 box found in the Freezer); .25 Cal Ammunition (1 box Found in the Freezer) From Search of 1725 Curran Way |
| | | 28 | | Handgun Magazines from Search of 1725 Curran Way |
| | | 29a & b | | Colt Automatic .25 Caliber Handgun (West Bedroom VCR and Loaded with .25 cal. rounds) SN#ODZ6348 from Search of 1725 Curran Way |
| | | 30 | | 9mm Shell Casings .25 Cal Shell Casings Holster from Search of 1725 Curran Way |
| | | 31 to 31-24 | | Pictures of Search Warrant Pictures at 1725 Curran Way |
| | | 32 | | 48 Shell Casings (.25 Caliber and 9mm) and 3 Live 9mm Rounds Recovered Outside from Search of 1725 Curran Way. |
| | | 33 | | 10/29/2008 Tillman Cell Search Documents |
| | | 34 | | C. Williams' Federal Plea Agreement |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                    Page 5 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| | | No. | Witness | |
|---|---|---|---|---|
| | | 35 | | Water Bottle Commemorating the Life of Quaza Burns |
| | | 36 | | Black hat: "RIP Quaz" |
| | | 37 | | Silver Playboy Belt Buckle |
| | | 38 | | Bullet Fragment Recovered from Brian Wilcox (1B23) |
| | | 39 to 39- | | Pictures of Wilcox Homicide Scene 11-2-2011-1167 to 1202 and 1309 to 1341 |
| | | 40 to 40- | | Pictures of Wilcox Autopsy |
| | | 41 | | Wilcox Crime Scene Diagram |
| | | 42 | | Wilcox Crime Scene Diagram |
| | | 43 | | Five Expended 45 Cartridge Cases with "Winchester 45 Auto" Headstamp |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                      Page 6 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 44 | | Photographs of Wilcox Clothing 11-1-2011-1203 to 1236 |
| | | 45 | | Tillman Temporary Custody Report |
| | | 46 | | Steven Booth's Federal Plea Agreement |
| | | 47 | | Black Frame Beretta Model #950BS, Serial # DAA197894, .25 Caliber Recovered in Metro Event #041108-1193 |
| | | 48 | | 9mm High Point Semi-Auto, Serial # P1204113  Recovered in Metro Event #041108-1193 |
| | | 49 | | Clear Plastic Baggies Seized from 1416 F Street |
| | | 50 | | Smoking pipes with residue seized from 1416 F Street |
| | | 51 | | Red plate with residue seized from 1416 F Street |
| | | 52 | | Drugs Seized from 1416 F Street Search Warrant 1B264 |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                              Page 7 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 53 | | Drugs Seized from 1416 F Street Search Warrant |
| | | 54 to 54- | | Pictures of J St. Attempt Murder |
| | | 55 | | 5 Cartridge Cases Recovered from 1/14/2004 Attempt Murder Scene |
| | | 56 to 56- | | Pictures of G. Crockett's Car |
| | | 57 | | Bullet Fragments Recovered from G. Crockett's Car |
| | | 58 | | Nicole Overton Photo Lineup |
| | | 59 | | Vernon Swinson Photo Lineup |
| | | 60 | | GSR Trace Evidence General Examination Sheet |
| | | 61 | | Baseball Hat from Halfmoon Bay Search Warrant |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                Page 8 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 62 | | Photo Frame with Quaza Burns Pictures from Halfmoon Bay Search Warrant |
| | | 63 | | Quaza RIP DVD from Halfmoon Bay Search Warrant |
| | | 65 to 65-41 | | Photographs Recovered from Halfmoon Bay Search Warrant 0116 to 01156 |
| | | 66 | | Funeral Program from Halfmoon Bay Search Warrant 0110 to 0113 |
| | | 67 | | Water bottle commemorating life of Quaza Burns from Halfmoon Bay search warrant |
| | | 68 | | Mail addressed to Delvin Ward at 4099 Halfmoon Bay from Halfmoon Bay search warrant |
| | | 69a | | Photographs of Playboy Bloods Without Names |
| | | 69b | | Photographs of Playboy Bloods with Names |
| | | 70 to 70-10 | | Pictures of Jacorey Taylor's Tattoos |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                        Page 9 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| | | No. | Witness | |
| --- | --- | --- | --- | --- |
| | | 72 | | Digital Scale  from 1003 Silverman Way Search |
| | | 73 to 73-3 | | 3 Pictures of Playboy Bloods from 1003 Silverman Way search |
| | | 74 | | Crack Cocaine Recovered from 1003 Silverman Way search |
| | | 75 to 75-14 | | Pictures of Search of 1003 Silverman |
| | | 76 | | .40 caliber Glock 27 Handgun Serial # ENL196 and Magazine with (8) Cartridges Seized from 1226 W. McWilliams |
| | | 77 | | Crack Cocaine Seized from 1226 W. McWilliams |
| | | 78 | | Crack Cocaine Seized from 1226 W. McWilliams |
| | | 79 | | .45 Cal Colt S/A Commander Firearm Serial # 70SC2738 and Magazine with (7) Rounds Ammunition Seized from 1226 W. McWilliams |
| | | 80 | | Norinco Rifle 7.62 Caliber Serial # 22041336N in a Black Nylon Rifle Case seized from 1226 W. McWilliams |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                      Page 10 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 81 | | .25 Caliber RG Firearm Serial # U080740 and Magazine with (4) Rounds Ammunition Seized from 1226 W. McWilliams (1B224 & 228)) |
| | | 82 | | .45 Cal Glock Magazine with (6) Cartridges (1B230) |
| | | 83a & b | | Miscellaneous Ammunition and Magazines Seized from 1226 W. McWilliams (1B231) |
| | | 84 to 84-2 | | Pictures of Recovered Cadillac |
| | | 85 | | Cell Phone Exam Sheet |
| | | 86 to 86-38 | | Pictures of Search of 1226 W. McWilliams, pages 1-38 |
| | | 87 to 87-51 | | Pictures of Search of Car Outside of 1226 W. McWilliams |
| | | 88 to 88-19 | | Pictures from Area of 2201 Civic Center |
| | | 89 | | Drugs Seized from Reginald Dunlap on 6/26/2008 |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                          Page 11 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 90 | | Drugs Seized from Reginald Dunlap on 10/2/2006 |
| | | 91 | | Drugs Seized from Reginald Dunlap on 10/2/2006: 6 Individually Wrapped Plastic Bags |
| | | 92 | | Drugs Seized from Reginald Dunlap on 9/26/2006 |
| | | 93a, b, & c | | Razor Blade, Baggies Digital Scale, Cell Phones, Lexus Key, Paperwork in Name of Amelia McCurdy From Search of 911 Weaver |
| | | 94 | | Drugs Seized from 911 Weaver on 6/21/2007 |
| | | 95 | | Drugs Seized from 911 Weaver on 6/21/2007 |
| | | 96 | | Drugs Seized from 911 Weaver on 6/21/2007 |
| | | 97 | | Drugs Seized from 911 Weaver on 6/21/2007 (1B252 formerly 89) |
| | | 98 | | Drugs Seized from 911 Weaver on 6/21/2007 |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                          Page 12 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 99 | | Drugs Seized from 911 Weaver on 6/21/2007 |
| | | 100 | | Watch with Clear Stones Taken from Markette Tillman on 6/21/2007 |
| | | 101 | | $1,000 Taken from Markette Tillman on 6/21/2007 |
| | | 102 | | $888.35 Taken from Markette Tillman on 6/21/2007 |
| | | 103 to 103-56 | | Pictures from 91 Weaver Search Warrant |
| | | 104 | | Drugs Recovered from 2/22/2006 Drug Transaction |
| | | 105 | | Drugs Recovered from 3/8/2006 Drug Transaction |
| | | 106 | | Drugs Recovered from 5/2/2006 Drug Transaction |
| | | 107 | | Drugs Recovered from 6/14/2006 Drug Transaction |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                        Page 13 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 108 | | Drugs Recovered from 1/3/2007 Drug Transaction |
| | | 109 | | Drugs Recovered from 1/4/2007 Drug Transaction |
| | | 110 | | Drugs Recovered from 1/31/2007 Drug Transaction |
| | | 111 | | Drugs Recovered from 8/4/2006 Drug Transaction |
| | | 112 | | Drugs Recovered from 12/13/2006 Drug Transaction |
| | | 113 | | Drugs Recovered from 3/05/2007 Drug Transaction |
| | | 114 | | Drugs Recovered from 11/10/2006 Drug Transaction |
| | | 115 | | Drugs Recovered from 11/1/2006 Drug Transaction |
| | | 116 | | Drugs Recovered from 11/8/2006 Drug Transaction |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                    Page 14 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| | | No. | Witness | |
| --- | --- | --- | --- | --- |
| | | 117 | | Drugs Recovered from 4/5/2006 Drug Transaction |
| | | 118 | | Drugs Recovered from 4/26/2006 Drug Transaction |
| | | 119 | | Drugs Recovered from 5/30/2006 Drug Transaction |
| | | 120 | | Drugs Recovered from 7/24/2006 Drug Transaction |
| | | 121 | | Drugs Recovered from 8/8/2006 Drug Transaction |
| | | 122 | | Drugs Recovered from 8/15/2006 Drug Transaction |
| | | 123 | | Drugs Recovered from 10/4/2006 Drug Transaction |
| | | 124 | | Drugs Recovered from 11/6/2006 Drug Transaction |
| | | 125 | | Drugs Recovered from 1/9/2007 Drug Transaction |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                    Page 15 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 126a | | Recorded Phone Call on 6/14/2006 |
| | | 126b | | Transcript of Recorded Phone Call on 6/14/2006 |
| | | 127a | | Recorded Drug Transaction on 6/14/2006 |
| | | 127b | | Transcript of Recorded Drug Transaction on 6/14/2006 |
| | | 128 | | Recorded Surveillance on 6/14/2006 |
| | | 129a | | Recorded Drug Transaction on 7/24/2006 |
| | | 129b | | Transcript of Recorded Drug Transaction on 7/24/2006 |
| | | 130 | | Recorded Surveillance on 7/24/2006 |
| | | 131a | | Recorded Phone Call on 8/8/2006 |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 131b | | Transcript of Recorded Phone Call on 8/8/2006 |
| | | 132 | | Recorded Surveillance on 8/8/2006 |
| | | 133a | | Recorded Phone Call on 8/15/2006 |
| | | 133b | | Transcript of Recorded Phone Call on 8/15/2006 |
| | | 134 | | Recorded Drug Transaction on 8/15/2006 |
| | | 134b | | Transcript of Recorded Drug Transaction on 8/15/2006 |
| | | 135 | | Recorded Surveillance on 8/15/2006 |
| | | 136a | | Recorded Phone Call on 10/4/2006 |
| | | 136b | | Transcript of Recorded Phone Call on 10/4/2006 |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                          Page 17 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 137a | | Recorded Drug Transaction on 10/4/2006 |
| | | 137b | | Transcript of Recorded Drug Transaction on 10/4/2006 |
| | | 138 | | Recorded Drug Transaction on 10/4/2006 |
| | | 139a | | Recorded Drug Transaction on 1/3/2007 |
| | | 139b | | Transcript of Recorded Drug Transaction on 1/3/2007 |
| | | 140a | | Recorded Drug Transaction on 10/5/2006 |
| | | 140b | | Transcript of Recorded Drug Transaction on 10/5/2006 |
| | | 141a | | Recorded Phone call on 1/31/2007 |
| | | 141b | | Transcript of Recorded Phone call on 1/31/2007 |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                    Page 18 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 142a | | Recorded Drug Transaction on 1/31/2007 |
| | | 142b | | Transcript of Recorded Drug Transaction on 1/31/2007 |
| | | 143a | | Recorded Phone Call on 8/4/06 |
| | | 143b | | Transcript of Recorded Phone Call on 8/4/06 |
| | | 144a | | Recorded Drug Transaction on 8/4/2006 |
| | | 144b | | Transcript Recorded Drug Transaction on 8/4/2006 |
| | | 145 | | Recorded Surveillance on 8/4/2006 |
| | | 146a | | Recorded Drug Transaction on 11/6/2006 |
| | | 146b | | Transcript of Recorded Drug Transaction on 11/6/2006 |

EXHIBIT LIST

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 147 | | Recorded Drug Transaction on 11/6/2006 |
| | | 148 | | Letter From Markette Tillman |
| | | 149 | | Pictures of 1/14/2004 Crosby Murder |
| | | 150 | | Field Interview Picture (FI_00005) |
| | | 151 | | Field Interview Picture (FI_00015) |
| | | 152 | | Field Interview Picture (FI_00016) |
| | | 153 | | Field Interview Picture (FI_00047) |
| | | 154 | | Field Interview Picture (FI_00020) |
| | | 155 | | Field Interview Picture (FI_00006  (4 Pics)) |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                                        Page 20 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 156 | | Field Interview Picture (FI_00013) |
| | | 157 | | Field Interview Picture (FI_00018) |
| | | 158 | | Field Interview Picture (FI_00074) |
| | | 159 | | Field Interview Picture (FI_00004) |
| | | 160 | | Field Interview Pictures (FI_00032 and 33 (6 pics)) |
| | | 161 | | Field Interview Picture (FI_00003) |
| | | 162 | | Field Interview Picture (FI_00078) |
| | | 163 | | Field Interview Picture (FI_00023) |
| | | 164 | | Field Interview Picture (FI_00001) |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                      Page 21 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 165 | | Field Interview Picture (FI_00056) |
| | | 166 | | Field Interview Picture (FI_00081) |
| | | 167 | | Field Interview Picture (FI_00030) |
| | | 168 | | Field Interview Picture (FI_00008) |
| | | 169 | | Field Interview Picture (FI_00083) |
| | | 170 | | Field Interview Picture (FI_00011) |
| | | 171 | | Field Interview Picture (FI_00058) |
| | | 172 | | Field Interview Picture (FI_00070) |
| | | 173 | | Field Interview Picture (FI_00072) |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                      Page 22 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 174 | | Field Interview Picture (FI_00080) |
| | | 175 | | Field Interview Picture (FI_00128) |
| | | 176 | | Field Interview Picture (FI_00009) |
| | | 177 | | Field Interview Picture (FI_00031) |
| | | 178 | | Field Interview Picture (FI_00052) |
| | | 179 | | Field Interview Picture (FI_00086) |
| | | 180 | | Field Interview Picture (FI_00002) |
| | | 181 | | Field Interview Picture (FI_00048) |
| | | 182 | | Field Interview Picture (FI_00025) |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                    Page 23 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 183 | | Field Interview Picture (FI_00028) |
| | | 184 | | Field Interview Picture (FI_00029) |
| | | 185 | | Field Interview Pictures (FI_00007 (2 pics)) |
| | | 186 | | Field Interview Picture (FI_00053) |
| | | 187 | | Field Interview Picture (FI_00060) |
| | | 188 | | Field Interview Picture (FI_00069) |
| | | 189 | | Field Interview Picture (FI_00119) |
| | | 190 | | Field Interview Picture (FI_00071) |
| | | 191 | | Field Interview Picture (FI_00076) |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                    Page 24 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 192 | | Field Interview Pictures (FI_00077 (2 pics)) |
| | | 193 | | Field Interview Picture (FI_00088) |
| | | 194a | | Tillman 2004 CCDC Call 747960147026369475 |
| | | 194b | | Transcripts of Tillman 2004 CCDC Call 747960147026369475 |
| | | 195 | | Tillman 2004 CCDC Call 747956327026481817 |
| | | 196 | | Steven Booth 2006 NDOC Prison Calls No: 9A1E10HW.v06 |
| | | 197 | | Steven Booth 2006 NDOC Prison Calls No: 9F1D10N9.v06 |
| | | 198a | | Tillman LVMPD Taped Interview |
| | | 198b | | Transcript of Tillman LVMPD Taped Interview |

## EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 199 | | Tillman Advice of Rights Card |
| | | 200a | | Booth Taped LVMPD Interview |
| | | 200b | | Transcript of Booth Taped LVMPD Interview |
| | | 201 | | Nadeya Kyle Grand Jury Transcript |
| | | 201-a to 201-d | | Nadeya Kyle Grand Jury Exhibits |
| | | 202 | | Rosiland Davis Grand Jury Transcript |
| | | 203 to 203-11 | | Rosiland Davis Grand Jury Exhibits |
| | | 204 | | Diana Moore Grand Jury Transcript |
| | | 205 | | Map Showing J Street and Sherman Garden Annex |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                Page 26 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| | | No. | Witness | |
| --- | --- | --- | --- | --- |
| | | 206 | | Billy Ray Thomas Homicide Photos |
| | | 207 | | 4-.45 Shell Casings from Billy Ray Thomas Homicide |
| | | 208 | | 9-.9mm Lugar Shell Casings from Billy Ray Thomas Homicide |
| | | 209 | | 5 Bullets and 3 Fragments from Billy Ray Thomas Homicide |
| | | 210 | | 4 Projectiles Removed from Billy Ray Thomas |
| | | 211 | | Billy Ray Thomas Crime Scene Diagram |
| | | 212 | | Jordan Boyd Photo Lineups |
| | | 213 | | Jail Telephone Call between Anthony Mabry and Delvin Ward |
| | | 214 | | Photograph of 1416 F Street |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                          Page 27 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 215 | | Photograph from Corner of F street and Jackson |
| | | 216 | | Demonstrative Chart for N.F. Drug Transactions |
| | | 217 | | Demonstrative Chart for C.J. Drug Transactions |
| | | 218 | | Demonstrative Chart for D.G. drug Transactions |
| | | 219 | | Stipulations |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                              Page 28 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                              Page 29 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT LIST

Case No. 2:08-cr-00283-KJD-PAL                                                    Page 30 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

<u>EXHIBIT LIST</u>

Case No. 2:08-cr-00283-KJD-PAL                                    Page 31 of 31

United States of America v. Markette Tillman

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |